# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**                                          **CRIMINAL ACTION NUMBER: 3:21CR-127-CHB**

**KHASI JONES**                                                             **DEFENDANT**

## ORDER ON DETENTION HEARING

    The above-styled case came before the Colin H. Lindsay, United States Magistrate Judge on March 18, 2022, via video conference for a detention hearing. The defendant appeared in custody from Oldham County Detention Center. Eric Weber, retained counsel, appeared on behalf of defendant. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The proceeding was digitally recorded.

    The defendant, through counsel, consented to proceed with hearing via video conference.

    The Court heard witness testimony and arguments of counsel and for the reasons stated on the record,

    **IT IS HEREBY ORDERED** that the defendant shall be detained and remanded to the custody of the United States Marshals Service pursuant to the Order of Detention Pending Trial to be entered into the record.

March 22, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:60